1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5

6  Attorney for:
   ROBERTO PALACIOS-GARCIA

7                    UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            Case No.  16-CR-00094 NONE-SKO

11         Plaintiff,

12     v.                               STIPULATION AND ORDER TO
                                        CONTINUE SENTENCING
13 ROBERTO PALACIOS-GARCIA,

14         Defendants.

15

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

17 DALE A. DROZD AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES

18 ATTORNEY:

19     **COMES NOW** Defendant, ROBERTO PALACIOS-GARCIA, by and through his

20 attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing set for

21 Friday, January 8, 2021 be continued to Thursday, January 14, 2021 at 10:00 a.m.

22     I was scheduled to return from Mexico, today, January 5, 2021, however, my wife

23 Angelica was struck with severe abdominal pain. She was taken to the hospital yesterday and was

24 prescribed medication and advised not to fly. Our flight has been rescheduled and are to return on

25 Friday, January 8, 2021. I have spoken to AUSA Kathleen Servatius, and she has no objection to

26 the continuance.

27 //

28 //

                                    1

**IT IS SO STIPULATED.**

DATED: January 5, 2021

Respectfully Submitted,
*/s/ David A Torres*  
DAVID A. TORRES  
Attorney for Defendant  
ROBERTO PALACIOS-GARCIA

DATED: January 5, 2021

*/s/Kathleen A. Servatius*  
KATHLEEN A. SERVATIUS  
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the sentencing hearing currently set for Friday, January 8, 2021 be continued to Thursday, January 14, 2021 at 10:00am.

IT IS SO ORDERED.

Dated:   **January 5, 2021**

UNITED STATES DISTRICT JUDGE

2